IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Boyd, Cedric E | Case Number: 07 B 03242 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 03/03/09 | Filed: 2/24/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 20, 2009
Confirmed: June 12, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,975.30 | |
| Secured: | | 400.00 |
| Unsecured: | | 0.00 |
| Priority: | | 272.13 |
| Administrative: | | 3,075.77 |
| Trustee Fee: | | 227.40 |
| Other Funds: | | 0.00 |
| Totals: | 3,975.30 | 3,975.30 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,474.00 | 2,474.00 |
| 2. | Robert J Semrad & Associates | Administrative | 1,017.50 | 601.77 |
| 3. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | Carpet Corner | Secured | 0.00 | 0.00 |
| 5. | Cook County Treasurer | Secured | 672.00 | 400.00 |
| 6. | Chase Manhattan Mortgage Corp | Secured | 4,473.00 | 0.00 |
| 7. | Illinois Dept of Revenue | Priority | 724.52 | 272.13 |
| 8. | Illinois Dept of Revenue | Unsecured | 145.20 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 109.75 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 447.27 | 0.00 |
| 11. | Cook County Treasurer | Unsecured | 34.84 | 0.00 |
| 12. | National Recoveries Inc | Unsecured | 11.44 | 0.00 |
| 13. | Capital One | Unsecured | 87.49 | 0.00 |
| 14. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 15. | Cbe Group | Unsecured | | No Claim Filed |
| 16. | Medical Collections | Unsecured | | No Claim Filed |
| 17. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 18. | Circle Furniture | Unsecured | | No Claim Filed |
| 19. | City Of Chicago | Unsecured | | No Claim Filed |
| 20. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 21. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 22. | Allied Interstate | Unsecured | | No Claim Filed |
| 23. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 24. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 25. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 26. | Illinois Collection Service | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Boyd, Cedric E

Printed: 03/03/09

Case Number: 07 B 03242
Judge: Goldgar, A. Benjamin
Filed: 2/24/07

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Illinois Collection Service | Unsecured | | No Claim Filed |
| 28. Household Bank FSB | Unsecured | | No Claim Filed |
| 29. Illinois Collection Service | Unsecured | | No Claim Filed |
| 30. Allied Interstate | Unsecured | | No Claim Filed |
| | | $ 10,197.01 | $ 3,747.90 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 152.28 |
| 6.5% | 71.31 |
| 6.6% | 3.81 |
| | $ 227.40 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

/s/ DMach